# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Agresti, Thomas P. | U.S. Bankruptcy Court, Western District of Pennsylvania | 03/26/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
17 South Park Row
Erie, PA 16501

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 03/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 03/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. CITIZENS BANK (cash) | D | Interest | O | T | | | | | |
| 3. ERIE BANK (cash) | D | Interest | O | T | | | | | |
| 4. PNC BANK (cash) | A | Interest | K | T | | | | | |
| 5. VACANT LAND #1, ERIE COUNTY, PA | | None | M | W | | | | | |
| 6. VACANT LAND #2, ERIE COUNTY, PA | | None | M | W | | | | | |
| 7. TALCOTT RESOLUTION VARIABLE ANNUITY (H) (was HARTFORD LIFE) | | | | | | | | | |
| 8. HARTFORD BALANCED HLS FUND | | None | L | T | | | | | |
| 9. HARTFORD CAPITAL APPRECIATION | | None | M | T | | | | | |
| 10. FIXED ACC - 4% MINIMUM (X) | | None | J | T | | | | | |
| 11. ACCOUNT #2 (H) | | | | | | | | | |
| 12. VENTURE 20 LS GROWTH PORTFOLIO | | None | M | T | | | | | |
| 13. ACCOUNT #3 (H) | | | | | | | | | |
| 14. INVESCO V.I. EQUITY & INCOME FUND | | None | K | T | | | | | |
| 15. ACCOUNT #4 (H) | | | | | | | | | |
| 16. AFIS ASSET ALLOCATION FUND | | None | M | T | | | | | |
| 17. ACCOUNT #5 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. VANGUARD INTERMED TERM TAX EXEMPT FDS ADM (VWIUX) | A | Dividend | K | T | Buy | 02/12/20 | K | | |
| 19. VANGUARD PA TAX-FREE FUND INSURED LT PORT (VPAIX) | A | Dividend | K | T | Buy | 02/12/20 | K | | |
| 20. FRANKLIN RISING DIVIDENDS VIP | | None | | | Sold | 01/27/20 | J | | |
| 21. AMR GROWTH-INCOME | | None | | | Sold | 01/27/20 | J | | |
| 22. AMR GROWTH | | None | | | Sold | 01/27/20 | J | | |
| 23. FRANKLIN INCOME VIP FUND | | None | | | Sold | 01/27/20 | J | | |
| 24. AMR GLOBAL GROWTH & INCOME FUND | | None | | | Sold | 01/27/20 | J | | |
| 25. ACCOUNT #6 (H) | | | | | | | | | |
| 26. LINCOLN GROWTH-INCOME | | None | | | Sold | 01/27/20 | K | | |
| 27. ACCOUNT #7 (H) | | | | | | | | | |
| 28. WELLS FARGO BANK DEPOSIT (cash) (X) | A | Interest | J | T | | | | | |
| 29. ABBOTT LABORATORIES (ABT) | A | Dividend | J | T | | | | | |
| 30. ACCENTURE PLC IRELAND SHARES CLASS A (ACN) | A | Dividend | J | T | | | | | |
| 31. AFLAC INC (AFL) | A | Dividend | J | T | | | | | |
| 32. AIR PRODUCTS & CHEMICALS INC (APD) | A | Dividend | J | T | | | | | |
| 33. AMERICAN TOWER CORP (AMT) | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 34. | | | | | Buy (add'l) | 09/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 36. ANALOG DEVICES INC (ADI) | A | Dividend | J | T | | | | | |
| 37. APPLE INC (AAPL) | A | Distribution | J | T | | | | | |
| 38. AT&T INC (T) | A | Dividend | J | T | | | | | |
| 39. AUTOMATIC DATA PROCESSING (ADP) | A | Dividend | J | T | | | | | |
| 40. BECTON DICKINSON & CO (BDX) | A | Dividend | J | T | | | | | |
| 41. BLACKROCK INC (BLK) | A | Dividend | J | T | | | | | |
| 42. CHEVRON CORPORATION (CVX) | A | Dividend | J | T | | | | | |
| 43. CHUBB LTD (CB) | A | Dividend | J | T | | | | | |
| 44. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |
| 45. CLOROX COMPANY (CLX) | A | Dividend | J | T | | | | | |
| 46. COLGATE-PALMOLIVE CO (CL) | A | Dividend | J | T | | | | | |
| 47. COMCAST CORP NEW CL A (CMCSA) | A | Dividend | J | T | | | | | |
| 48. EATON VANCE CORP NON VTG (EV) | A | Dividend | J | T | | | | | |
| 49. EMERSON ELECTRIC CO (EMR) | A | Dividend | J | T | | | | | |
| 50. EVERSOURCE ENERGY (ES) | A | Dividend | J | T | | | | | |
| 51. EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 08/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   FACTSET RESEARCH SYSTEMS INC (FDS) | A | Dividend | J | T | | | | | |
| 53.   GENL DYNAMICS CORP (GD) | A | Dividend | J | T | | | | | |
| 54.   ILLINOIS TOOL WORKS INC (ITW) | A | Dividend | J | T | | | | | |
| 55.   JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 56.   JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 57.   LINDE PLC (LIN) | A | Dividend | J | T | | | | | |
| 58.   LOWES COMPANIES INC (LOW) | A | Dividend | J | T | | | | | |
| 59.   L3HARRIS TECHNOLOGIES INC (LHX) | A | Dividend | J | T | | | | | |
| 60.   MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 61.   MEDTRONIC PLC (MDT) | A | Dividend | J | T | | | | | |
| 62.   MICROSOFT (MSFT) | A | Dividend | J | T | | | | | |
| 63.   NEXTERA ENERGY INC (NEE) | B | Dividend | J | T | | | | | |
| 64.   NIKE INCL CLASS B (NKE) | A | Dividend | J | T | | | | | |
| 65.   NORFOLK SOUTHERN CORP (NSC) | A | Dividend | J | T | | | | | |
| 66.   NOVARTIS AG SPON ADR (NVS) | A | Dividend | J | T | | | | | |
| 67.   PAYCHEX INC (PAYX) | A | Dividend | J | T | | | | | |
| 68.   PEPSICO INCORPORATED (PEP) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. PHILLIPS 66 (PSX) | A | Dividend | J | T | Buy (add'l) | 12/22/20 | J | | |
| 70. POLARIS INDS INC (PII) (Y) | | | | | | | | | |
| 71. PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 72. RAYTHEON TECHNOLOGIES (RTX) (was UNITED TECHNOLOGIES CORP (UTX)) | A | Dividend | J | T | | | | | |
| 73. SYSCO CORPORATION (SYY) | A | Dividend | | | Sold | 06/10/20 | J | B | |
| 74. TARGET CORP (TGT) | A | Dividend | J | T | | | | | |
| 75. UNITEDHEALTH GROUP (UNH) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 76. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 77. US BANCORP NEW (USB) | A | Dividend | J | T | | | | | |
| 78. V F CORPORATION (VFC) | A | Dividend | J | T | | | | | |
| 79. WALMART INC (WMT) | A | Dividend | J | T | | | | | |
| 80. WEC ENERGY GROUP INC (WEC) | A | Dividend | J | T | | | | | |
| 81. 3M CO (MMM) | A | Dividend | J | T | | | | | |
| 82. ACCOUNT #8 (H) | | | | | | | | | |
| 83. GENERAL ELECTRIC COMPANY (GE) | A | Dividend | J | T | | | | | |
| 84. MICROSOFT (MSFT) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. SHELTON INTL SELECT EQUITY FD INVESTOR CL SHARE (SISLX) | B | Dividend | L | T | | | | | |
| 86. ACCOUNT #9 (H) | | | | | | | | | |
| 87. WELLS FARGO BANK (cash) | A | Interest | J | T | | | | | |
| 88. ABBVIE INC (ABBV) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 89. ADOBE SYSTEMS INC (ADBE) | | None | J | T | Buy | 03/04/20 | J | | |
| 90. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 91. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 92. AES CORP (AES) | | None | | | Sold | 01/13/20 | J | A | |
| 93. AFLAC INC (AFL) | A | Dividend | | | Sold | 11/20/20 | J | A | |
| 94. ALLSTATE CORP (ALL) (X) | A | Dividend | | | Sold | 07/15/20 | J | | |
| 95. ALLY FINANCIAL INC (ALLY) | A | Dividend | | | Sold | 04/22/20 | J | | |
| 96. ALPHABET INC (GOOGL) | | None | J | T | Buy | 06/24/20 | J | | |
| 97. | | | | | Buy (add'l) | 07/22/20 | J | | |
| 98. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 99. AMDOCS LTD (DOX) | A | Dividend | | | Buy | 03/04/20 | J | | |
| 100. | | | | | Sold | 11/20/20 | J | | |
| 101. AMERICAN EXPRESS COMPANY (AXP) | A | Dividend | | | Sold | 10/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102.  AMERIPRISE FINANCIAL (AMP) | A | Dividend | J | T | | | | | |
| 103.  AMETEK INC NEW (AME) | A | Dividend | J | T | | | | | |
| 104.  AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 105.  ANALOG DEVICES (ADI) (X) | A | Dividend | J | T | | | | | |
| 106.  ARISTA NETWORKS (ANET) | | None | | | Buy | 02/06/20 | J | | |
| 107. | | | | | Sold | 12/11/20 | J | A | |
| 108.  ASSURED GUARANTY LTD (AGO) | | None | | | Sold | 02/06/20 | J | A | |
| 109.  AT & T INC (T) | A | Dividend | J | T | | | | | |
| 110.  BECTON DICKINSON & CO (BDX) | A | Dividend | J | T | | | | | |
| 111.  BERKSHIRE HATHAWAY INC (BRK/B) | | None | J | T | Buy | 04/22/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 113.  BEST BUY CO INC (BBY) | A | Dividend | J | T | | | | | |
| 114.  BOEING CO (BA) | A | Dividend | | | Sold | 03/25/20 | J | A | |
| 115.  BOSTON SCIENTIFIC CORP (BSX) | | None | J | T | | | | | |
| 116.  BROADCOM INC (AVGO) | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 118.  BRUNSWICK CORP (BC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. BURLINGTON STORES INC (BURL) | | None | J | T | | | | | |
| 120. CARETRUST REIT INC (CTRE) | A | Dividend | | | Sold | 12/11/20 | J | A | |
| 121. CELANESE CORPORATION SERIES A (CE) | A | Dividend | | | Sold | 03/04/20 | J | | |
| 122. CENTERPOINT ENERGY INC (CNP) | | None | | | Sold | 01/13/20 | J | | |
| 123. CHEMED CORP (CHE) (X) | | None | J | T | | | | | |
| 124. CIRRUS LOGIC INC (CRUS) | | None | J | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 125. CMS ENERGY CORP (CMS) | A | Dividend | J | T | | | | | |
| 126. COCA-COLA EUROPEAN PARTNERS PLC (CCEP) | A | Dividend | | | Sold | 11/20/20 | J | A | |
| 127. COMCAST CORP (CMCSA) | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 128. COMMUNITY HEALTHCARE TR INC (CHCT) | A | Dividend | J | T | | | | | |
| 129. CORNING INC (GLW) | A | Dividend | | | Sold | 11/20/20 | J | A | |
| 130. CRANE COMPANY (CR) | A | Dividend | | | Sold | 03/25/20 | J | | |
| 131. CUMMINS INC (CMI) | A | Dividend | J | T | Buy<br>(add'l) | 11/20/20 | J | | |
| 132. DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 133. DISNEY WALT COMPANY (DIS) | A | Dividend | | | Sold | 05/13/20 | J | A | |
| 134. DOLLAR TREE STORES INC (DLTR) | | None | J | T | | | | | |
| 135. EASTGROUP PPTYS INC REIT (EGP) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136. EDISON INTL (EIX) | A | Dividend | J | T | | | | | |
| 137. EDWARDS LIFESCIENCE CORP (EW) | | None | J | T | | | | | |
| 138. EMERSON ELECTRIC CO (EMR) | | None | | | Sold | 01/13/20 | J | A | |
| 139. EPAM SYSTEMS INC (EPAM) | | None | J | T | Buy | 04/01/20 | J | | |
| 140. EQUITY LIFESTYLE PROP RIET (ELS) | A | Dividend | J | T | | | | | |
| 141. FACEBOOK INC CLASS A (FB) | | None | J | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 142. FAIR ISAAC INC (FICO) | | None | J | T | Buy | 08/25/20 | J | | |
| 143. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 144. FIDELITY NATIONAL INFORMATION SVCS (FIS) | A | Dividend | J | T | | | | | |
| 145. FIRST TR ETF IV FIRST TR LOW DURATION MTG OPPORTUNITIES ETF (LMBS) | A | Dividend | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 146. | | | | | Sold | 10/07/20 | J | | |
| 147. FIRST TR ETF FD VII TCW OPP FXD INCOME (FIXD) | A | Dividend | J | T | Buy | 07/09/20 | J | | |
| 148. FLEETCOR TECHNOLOGIES INC (FLT) | | None | | | Sold | 08/25/20 | J | A | |
| 149. FLEXSHARES IBOXX 5YR ETF TARGET DURATION TIPS INDEX FD (TDTF) | | None | | | Sold | 01/14/20 | J | A | |
| 150. FLUOR CORP NEW (FLR) | A | Dividend | | | Sold | 01/13/20 | J | | |
| 151. FMC CORP NEW (FMC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 152.  HOME DEPOT INC (HD) | A | Dividend | J | T | | | | | |
| 153.  HUNTINGTON INGALLS INDUSTRIES INC (HII) | A | Dividend | | | Sold | 03/04/20 | J | A | |
| 154.  HP INC (HPQ) | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 155.  ILLINOIS TOOL WORKS INC (ITW) | A | Dividend | J | T | | | | | |
| 156.  INGERSOLL RAND INC (IR) (X) | A | Dividend | | | Sold | 02/26/20 | J | B | |
| 157.  INNOSPEC INC (IOSP) (Y) | | | | | | | | | |
| 158.  INTEL CORP (INTC) | A | Dividend | | | Sold | 10/30/20 | J | | |
| 159.  INTUIT INC (INTU) | A | Dividend | J | T | | | | | |
| 160.  INVESCO TR II PFD (PGX) | A | Dividend | J | T | | | | | |
| 161.  INVESCO TR II FUNDAMENTAL HIGH YIELD CORP BD (PHB) | A | Dividend | | | Sold | 03/13/20 | J | | |
| 162.  ISHARES CMBS ETF (CMBS) | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 163.  ISHARES 1-3 YR TREASURY BD (SHY) | A | Dividend | | | Buy | 01/14/20 | J | | |
| 164. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 165. | | | | | Sold | 06/05/20 | K | A | |
| 166.  ISHARES 3-7 YEAR TREASURY BD (IEI) | A | Dividend | | | Sold<br>(part) | 06/05/20 | J | A | |
| 167. | | | | | Sold | 07/09/20 | J | A | |
| 168.  ISHARES 7-10 YEAR TREASURY BD (IEF) | A | Dividend | | | Buy | 06/05/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 169. | | | | | Sold | 12/09/20 | K | | |
| 170.  ISHARES IBONDS DEC 2024 TERM CORP (IBDP) | A | Dividend | J | T | | | | | |
| 171.  ISHARES IBONDS DEC 2023 TERM CORP (IBDO) | | None | | | Sold | 01/14/20 | J | A | |
| 172.  ISHARES JP MORGAN USD EMERGING MARKETS BD (EMB) | | None | | | Sold | 01/14/20 | J | A | |
| 173.  ISHARES MBS (MBB) | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 174.  ISHARES MSCI SINGAPORE (EWS) | A | Dividend | J | T | | | | | |
| 175.  ISHARES MSCI NETHERLANDS (EWN) | A | Dividend | J | T | | | | | |
| 176.  ISHARES MSCI AUSTRALIA (EWA) | A | Dividend | J | T | | | | | |
| 177.  ISHARES MSCI SWITZERLAND (EWL) | A | Dividend | J | T | | | | | |
| 178.  ISHARES MSCI HONG KONG (EWH) | A | Dividend | J | T | | | | | |
| 179.  ISHARES MSCI FRANCE (EWQ) | A | Dividend | J | T | | | | | |
| 180.  ISHARES MSCI GERMANY (EWG) | A | Dividend | J | T | | | | | |
| 181.  ISHARES MSCI ITALY (EWI) | A | Dividend | J | T | | | | | |
| 182.  ISHARES MSCI NEW ZEALAND (ENZL) | A | Dividend | J | T | | | | | |
| 183.  ISHARES MSCI SWEDEN (EWD) | A | Dividend | J | T | | | | | |
| 184.  ISHARES TR MSCI UTD KINGDOM ETF NEW (EWU) | A | Dividend | J | T | | | | | |
| 185.  KELLOGG COMPANY (K) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186.  KLA CORP (KLAC) | A | Dividend | J | T | Buy | 03/04/20 | J | | |
| 187. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 188.  LAUDER ESTEE COS (EL) | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 189. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 190.  LHC GROUP (LHCG) (X) | | None | J | T | | | | | |
| 191.  LINDE PLC (LIN) | A | Dividend | J | T | | | | | |
| 192.  LITHIA MTRS INC CL A (LAD) | A | Dividend | J | T | | | | | |
| 193.  LOCKHEED MARTIN CORP (LMT) | A | Dividend | J | T | Buy (add'l) | 12/11/20 | J | | |
| 194.  LYONDELLBASELL INDUSTRIES AF SCA CL A (LYB) (Y) | | | | | | | | | |
| 195.  L3HARRIS TECHNOLOGIES INC (LHX) | A | Dividend | | | Sold | 11/20/20 | J | A | |
| 196.  MARSH AND MC LENNAN COMPANIES INC (MMC) | A | Dividend | J | T | | | | | |
| 197.  MASIMO CORP (MASI) (X) | | None | J | T | | | | | |
| 198.  MASTEC INC (MTZ) | | None | | | Sold | 04/01/20 | J | | |
| 199.  MASTERCARD INC CL A (MA) | A | Dividend | J | T | | | | | |
| 200.  MERITAGE HOMES CORP (MTH) | | None | | | Buy | 01/13/20 | J | | |
| 201. | | | | | Sold | 04/15/20 | J | | |
| 202.  MICROSOFT (MSFT) | A | Dividend | J | T | Buy (add'l) | 05/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 203. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 204. MOODY'S CORP (MCO) | | None | J | T | Buy | 12/11/20 | J | | |
| 205. NATIONAL RETAIL PPTYS INC (NNN)<br>(Y) | | | | | | | | | |
| 206. NATIONAL STORAGE AFFILIATES TR<br>(NSA) | A | Dividend | J | T | | | | | |
| 207. NEXPOINT RESIDENTIAL TR INC<br>(NXRT) | A | Dividend | J | T | | | | | |
| 208. NEXTERA ENERGY INC (NEE) | A | Dividend | | | Sold<br>(part) | 01/30/20 | J | A | |
| 209. | | | | | Sold | 03/25/20 | J | A | |
| 210. OMNICOM GROUP (OMC) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 211. OSHKOSH CORP (OSK) | A | Dividend | | | Sold | 05/20/20 | J | | |
| 212. PACCAR INC (PCAR) | A | Dividend | J | T | | | | | |
| 213. PACKAGING CORP OF AMER (PKG) | A | Dividend | | | Sold | 07/22/20 | J | A | |
| 214. PARKER-HANNIFIN CORP (PH) | A | Dividend | | | Sold<br>(part) | 02/26/20 | J | B | |
| 215. | | | | | Sold | 03/04/20 | J | A | |
| 216. PEPSICO INC (PEP) | | None | J | T | Buy | 10/30/20 | J | | |
| 217. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 218. PFIZER INC (PFE) | A | Dividend | J | T | Buy | 07/15/20 | J | | |
| 219. PHILLIPS 66 (PSX) (Y) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. PIMCO ACTIVE BOND ETF (BOND) | A | Dividend | J | T | Buy | 07/09/20 | J | | |
| 221. PIMCO INVESTMENT GRADE CORP BD INDEX FD (CORP) | A | Dividend | J | T | Buy (add'l) | 07/09/20 | J | | |
| 222. PINNACLE WEST CAP CORP (PNW) | A | Dividend | | | Sold | 12/11/20 | J | | |
| 223. PS BUSINESS PKS INC CALIF (PSB) (Y) | | | | | | | | | |
| 224. RAYTHEON TECHNOLOGIES (RTX) (was UNITED TECHNOLOGIES CORP (UTX)) | A | Dividend | | | Sold | 10/23/20 | J | | |
| 225. REALTY INCOME CORP REIT (O) (Y) | | | | | | | | | |
| 226. REXFORD IND REALITY INC (REXR) | A | Dividend | J | T | | | | | |
| 227. ROCKWELL AUTOMATION INC (ROK) | A | Dividend | J | T | | | | | |
| 228. ROSS STORES INC CALIF (ROST) | A | Dividend | J | T | | | | | |
| 229. SALESFORCE.COM (CRM) | | None | J | T | | | | | |
| 230. SEAGATE TECHNOLOGY (STX) | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 231. SIMON PROPERTY GROUP REIT INC NEW (SPG) | A | Dividend | | | Sold | 12/11/20 | J | | |
| 232. SKYWORKS SOLUTIONS INC (SWKS) | A | Dividend | J | T | | | | | |
| 233. SOUTHERN COMPANY/THE (SO) | A | Dividend | J | T | | | | | |
| 234. SSGA ACTIVE ETF TR SPDR DOBL TOT RET TACT (TOTL) | A | Dividend | | | Buy | 01/14/20 | J | | |
| 235. | | | | | Sold | 07/09/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 236. SPDR BLOOMBERG BARCLAYS INTERNATIONAL TREASURY BD ETF (BWX) | | None | | | Sold | 01/14/20 | J | A | |
| 237. STATE STR CORP (STT) | A | Dividend | | | Buy (add'l) | 01/13/20 | J | | |
| 238. | | | | | Sold | 10/30/20 | J | | |
| 239. STORE CAPITAL CORP (STOR) | A | Dividend | J | T | | | | | |
| 240. STRYKER CORP (SYK) | A | Dividend | J | T | | | | | |
| 241. SUN COMMUNITIES INC REIT (SUI) | A | Dividend | J | T | | | | | |
| 242. SYSCO CORP (SYY) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 243. T-MOBILE US INC (TMUS) | A | Dividend | J | T | Buy (add'l) | 01/13/20 | J | | |
| 244. TERRENO REALTY CORP (TRNO) | A | Dividend | J | T | | | | | |
| 245. TETRA TECH INC (TTEK) (X) | A | Dividend | J | T | | | | | |
| 246. TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | | | | | |
| 247. TIMKEN COMPANY (TKR) | A | Dividend | J | T | | | | | |
| 248. TJX COS INC NEW (TJX) | A | Dividend | | | Sold | 05/13/20 | J | A | |
| 249. TRANE TECHNOLOGIES (TT) | A | Dividend | | | Sold | 03/25/20 | J | A | |
| 250. TYSON FOODS INC CL A (TSN) | A | Dividend | | | Sold | 07/22/20 | J | A | |
| 251. UNION PACIFIC CORP (UNP) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 252. UNITEDHEALTH GROUP INC (UNH) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 253. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 254. UNIVERSAL FOREST PRODUCTS INC (UFPI) | | None | | | Sold | 01/13/20 | J | A | |
| 255. UNIVERSAL HEALTH SVCS INC CL B (UHS) | A | Dividend | | | Sold | 06/24/20 | J | | |
| 256. VANECK VECTORS TR FALLEN ANGEL HIGH YIELD ETF (ANGL) | A | Dividend | | | Sold | 03/12/20 | J | | |
| 257. VANGUARD INTERMEDIATE ETF TERM CORP BD (VCIT) | A | Dividend | K | T | Buy (add'l) | 07/09/20 | J | | |
| 258. | | | | | Buy (add'l) | 10/07/20 | K | | |
| 259. VANGUARD MORTGAGE BACK SECURITIES ETF (VMBS) | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 260. VANGUARD WHITEHALL FDS EMERGING MKT GOVT BD INDEX FD (VWOB) | A | Dividend | | | Sold | 06/05/20 | J | | |
| 261. VERIZON COMMUNICATIONS COM (VZ) | A | Dividend | J | T | Buy (add'l) | 10/23/20 | J | | |
| 262. VERTEX PHARMACEUTICALS INC (VRTX) | | None | | | Sold | 10/30/20 | J | A | |
| 263. WALGREENS BOOTS ALLIANCE INC (WBA) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 264. WEX INC (WEX) | | None | | | Sold | 02/06/20 | J | A | |
| 265. WILLIAMS SONOMA INC (WSM) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 266. WILLIS TOWERS WATSON PUB LTD CO (WLTW) | A | Dividend | | | Buy (add'l) | 01/13/20 | J | | |
| 267. | | | | | Sold | 07/22/20 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 268.  XYLEM INC (XYL) | | None | | | Sold | 01/13/20 | J | A | |
| 269.  3M CO (MMM) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 270.  WELLS FARGO FUNDS CORE PLUS BOND FUND CL I (WIPIX) | A | Dividend | K | T | Buy | 12/09/20 | K | | |
| 271.  ACCOUNT #10 (H) | | | | | | | | | |
| 272.  AMERICAN ELECTRIC POWER INC (AEP) | A | Dividend | J | T | | | | | |
| 273.  AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 274.  AT&T INC (T) | A | Dividend | J | T | | | | | |
| 275.  AUTOMATIC DATA PROCESSING (ADP) | A | Dividend | J | T | Buy (add'l) | 02/12/20 | J | | |
| 276.  BANK NEW YORK MELLON (BNY) | A | Dividend | J | T | Buy | 10/02/20 | J | | |
| 277.  CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |
| 278.  COMCAST CORP NEW CL A (CMCSA) | A | Dividend | J | T | Buy (add'l) | 02/12/20 | J | | |
| 279.  DIAGEO PLC SPONSORED ADR NEW (DEO) | A | Dividend | J | T | | | | | |
| 280.  DOMINION ENERGY INC (D) (Y) | | | | | | | | | |
| 281.  DOVER CORP COMMON (DOV) | A | Dividend | J | T | | | | | |
| 282.  DOW INC (DOW) (Y) | | | | | | | | | |
| 283.  EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 08/10/20 | J | | |
| 284.  GENL DYNAMICS CORP (GD) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 285.  GENUINE PARTS CO COM (GPC) | A | Dividend | J | T | | | | | |
| 286.  GILEAD SCIENCES INC (GILD) | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 287. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 288.  HASBRO INC (HAS) | A | Dividend | | | Sold | 09/17/20 | J | | |
| 289.  HOME DEPOT INC (HD) | A | Dividend | J | T | | | | | |
| 290.  ILLINOIS TOOL WORKS INC (ITW) | A | Dividend | J | T | | | | | |
| 291.  INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 292.  INTERNATIONAL BUSINESS MACHINE CORP (IBM) | A | Dividend | J | T | | | | | |
| 293.  INTUIT INC (INTU) | A | Dividend | J | T | Buy | 08/05/20 | J | | |
| 294.  JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 295.  JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 296.  KIMBERLY-CLARK CORP (KMB) | A | Dividend | J | T | | | | | |
| 297.  LOCKHEED MARTIN CORP (LMT) | A | Dividend | J | T | | | | | |
| 298.  M & T BANK CORP (MTB) | A | Dividend | J | T | | | | | |
| 299.  MAXIM INTEGRATED PRODS INC (MXIM) | A | Dividend | | | Sold | 08/13/20 | J | | |
| 300.  MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 301.  MERCK & CO INC NEW (MRK) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 302. MICROSOFT (MSFT) | A | Dividend | J | T | | | | | |
| 303. NEXTERA ENERGY INC (NEE) | A | Dividend | J | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 304. PEOPLE'S UNITED FINANCL (PBCT) | A | Dividend | J | T | | | | | |
| 305. PEPSICO INCORPORATED (PEP) | A | Dividend | J | T | | | | | |
| 306. PHILLIPS 66 (PSX) | A | Dividend | J | T | Buy<br>(add'l) | 12/21/20 | J | | |
| 307. PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 308. SOUTHERN COMPANY/THE (SO) (Y) | | | | | | | | | |
| 309. STARBUCKS CORP (SBUX) | A | Dividend | J | T | | | | | |
| 310. TARGET CORP (TGT) | A | Dividend | J | T | | | | | |
| 311. UNITED PARCEL SERVICE-B (UPS) | A | Dividend | J | T | | | | | |
| 312. US BANCORP NEW (USB) | A | Dividend | J | T | | | | | |
| 313. VERIZON COMMUNICATIONS COM (VZ) | A | Dividend | J | T | | | | | |
| 314. WALGREENS BOOTS ALLIANCE INC (WBA) | A | Dividend | J | T | | | | | |
| 315. WASTE MGMT INC DEL (WM) | A | Dividend | J | T | | | | | |
| 316. WELLTOWER INC (WELL) | | None | | | Sold | 02/03/20 | J | | |
| 317. XCEL ENERGY INC (XEL) | A | Dividend | J | T | Buy | 08/04/20 | J | | |
| 318. ACCOUNT #11 (H) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 319. VANGUARD INDEX VANGUARD 500 INDEX FD ADMIRAL SHS (VFIAX) | A | Dividend | J | T | | | | | |
| 320. ACCOUNT #12 (H) | | | | | | | | | |
| 321. VANGUARD INDEX VANGUARD 500 INDEX FD ADMIRAL SHS (VFIAX) | A | Dividend | J | T | | | | | |
| 322. ACCOUNT #13 (H) | | | | | | | | | |
| 323. MICROSOFT (MSFT) | A | Dividend | L | T | | | | | |
| 324. ACCOUNT #14 (H) | | | | | | | | | |
| 325. WELLS FARGO BANK (cash) | A | Interest | K | T | | | | | |
| 326. ABBOTT LABORATORIES (ABT) | A | Dividend | K | T | | | | | |
| 327. ACCENTURE PLC IRELAND SHARES CLASS A (ACN) | A | Dividend | K | T | | | | | |
| 328. AFLAC INC (AFL) | A | Dividend | J | T | | | | | |
| 329. AIR PRODUCTS & CHEMICALS INC (APD) | A | Dividend | J | T | | | | | |
| 330. AMERICAN TOWER CORP (AMT) | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 331. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 332. AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 333. ANALOG DEVICES INC (ADI) | A | Dividend | K | T | | | | | |
| 334. APPLE INC (AAPL) | A | Dividend | K | T | | | | | |
| 335. AT&T INC (T) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 336. AUTOMATIC DATA PROCESSING (ADP) | A | Dividend | K | T | | | | | |
| 337. BECTON DICKINSON & CO (BDX) | A | Dividend | J | T | | | | | |
| 338. BLACKROCK INC (BLK) | A | Dividend | J | T | | | | | |
| 339. CARRIER GLOBAL CORP (CARR) (X) | | None | | | Sold | 04/08/20 | J | | |
| 340. CHEVRON CORPORATION (CVX) | A | Dividend | J | T | | | | | |
| 341. CHUBB LTD (CB) | A | Dividend | J | T | | | | | |
| 342. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |
| 343. CLOROX COMPANY (CLX) | A | Dividend | J | T | Sold<br>(part) | 03/25/20 | J | | |
| 344. COLGATE-PALMOLIVE CO (CL) | A | Dividend | J | T | | | | | |
| 345. COMCAST CORP NEW CL A (CMCSA) | A | Dividend | K | T | | | | | |
| 346. EATON VANCE CORP NON VTG (EV) | A | Dividend | J | T | | | | | |
| 347. EMERSON ELECTRIC CO (EMR) | A | Dividend | J | T | | | | | |
| 348. EVERSOURCE ENERGY (ES) | A | Dividend | J | T | | | | | |
| 349. EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 08/10/20 | J | | |
| 350. FACTSET RESEARCH SYSTEMS INC (FDS) | A | Dividend | J | T | | | | | |
| 351. GENL DYNAMICS CORP (GD) | A | Dividend | J | T | | | | | |
| 352. ILLINOIS TOOL WORKS INC (ITW) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 353.  JOHNSON & JOHNSON (JNJ) | A | Dividend | K | T | | | | | |
| 354.  JPMORGAN CHASE & CO (JPM) | A | Dividend | K | T | | | | | |
| 355.  LINDE PLC (LIN) | A | Dividend | J | T | | | | | |
| 356.  LOWES COMPANIES INC (LOW) | A | Dividend | K | T | | | | | |
| 357.  L3HARRIS TECHNOLOGIES INC (LHX) | A | Dividend | J | T | | | | | |
| 358.  MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 359.  MEDTRONIC PLC (MDT) | A | Dividend | K | T | | | | | |
| 360.  MICROSOFT (MSFT) | A | Dividend | L | T | | | | | |
| 361.  NEXTERA ENERGY INC (NEE) | A | Dividend | K | T | | | | | |
| 362.  NIKE INCL CLASS B (NKE) | A | Dividend | J | T | | | | | |
| 363.  NORFOLK SOUTHERN CORP (NSC) | A | Dividend | K | T | | | | | |
| 364.  NOVARTIS AG SPON ADR (NVS) | A | Dividend | J | T | | | | | |
| 365.  OTIS WORLDWIDE CORP (OTIS) (X) | | None | | | Sold | 04/08/20 | J | | |
| 366.  PAYCHEX INC (PAYX) | A | Dividend | J | T | | | | | |
| 367.  PEPSICO INCORPORATED (PEP) | A | Dividend | J | T | | | | | |
| 368.  PHILLIPS 66 (PSX) | A | Dividend | J | T | Buy<br>(add'l) | 12/30/20 | J | | |
| 369.  POLARIS INDS INC (PII) | A | Dividend | | | Sold | 04/08/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 370.  PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 371.  RAYTHEON TECHNOLOGIES (RTX)<br>(was UNITED TECHNOLOGIES (UTX)) | A | Dividend | J | T | | | | | |
| 372.  SYSCO CORPORATION (SYY) | A | Dividend | | | Sold | 06/10/20 | J | | |
| 373.  TARGET CORP (TGT) | A | Dividend | J | T | | | | | |
| 374.  UNITEDHEALTH GROUP INC (UNH) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 375. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 376.  US BANCORP NEW (USB) | A | Dividend | J | T | | | | | |
| 377.  V F CORPORATION (VFC) | A | Dividend | J | T | | | | | |
| 378.  WALMART INC (WMT) | A | Dividend | J | T | | | | | |
| 379.  WEC ENERGY GROUP INC (WEC) | A | Dividend | J | T | | | | | |
| 380.  3M CO (MMM) | A | Dividend | J | T | | | | | |
| 381.  ACCOUNT #15 (H) | | | | | | | | | |
| 382.  WELLS FARGO BANK (cash) | A | Interest | M | T | | | | | |
| 383.  ABBOTT LABORATORIES (ABT) | A | Dividend | J | T | | | | | |
| 384.  ALTRIA GROUP INC (MO) | A | Dividend | | | Sold | 01/24/20 | J | | |
| 385.  AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 386.  APPLE INC (AAPL) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 387.  CHUBB LTD (CB) | A | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 388.  CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |
| 389.  DISNEY WALT COMPANY (DIS) | A | Dividend | K | T | | | | | |
| 390.  EXXON MOBIL CORP (XOM) | | None | | | Sold | 02/04/20 | J | | |
| 391.  GENL DYNAMICS CORP (GD) | A | Dividend | J | T | | | | | |
| 392.  HOME DEPOT INC (HD) | | None | | | Sold | 02/06/20 | J | D | |
| 393.  HONEYWELL INTERNATIONAL INC (HON) | A | Dividend | J | T | | | | | |
| 394.  HUNTINGTON BANCSHRES INC (HBAN) | A | Dividend | J | T | | | | | |
| 395.  INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 396.  INVESCO FTSE RAFI US 1000 (PRF) | A | Dividend | K | T | Sold<br>(part) | 01/31/20 | J | D | |
| 397.  ISHARES CORE S&P MID ETF (IJH) | A | Dividend | K | T | Sold<br>(part) | 01/24/20 | K | D | |
| 398. | | | | | Sold<br>(part) | 02/03/20 | K | D | |
| 399.  ISHARES CORE S&P SMALLCAP (IJR) | A | Dividend | K | T | Sold<br>(part) | 01/24/20 | K | C | |
| 400.  JOHNSON & JOHNSON (JNJ) | | None | | | Sold | 02/06/20 | K | C | |
| 401.  JPMORGAN CHASE & CO (JPM) | A | Dividend | K | T | | | | | |
| 402.  KEYCORP NEW (KEY) | A | Dividend | J | T | | | | | |
| 403.  LOCKHEED MARTIN CORP (LMT) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 404. LOWES COMPANIES INC (LOW) | A | Dividend | K | T | | | | | |
| 405. MCDONALDS CORP (MCD) | A | Dividend | K | T | Buy (add'l) | 01/24/20 | J | | |
| 406. MERCK & CO INC NEW (MRK) | A | Dividend | J | T | | | | | |
| 407. PFIZER INCORPORATED (PFE) | A | Dividend | J | T | | | | | |
| 408. REALTY INCOME CORP REIT (O) | A | Dividend | J | T | | | | | |
| 409. SELECT SECTOR SPDR TR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 410. SPDR S&P 500 TRUST (SPY) | A | Dividend | K | T | Sold (part) | 02/03/20 | K | E | |
| 411. TRUIST FINL CORP (TFC) | A | Dividend | J | T | | | | | |
| 412. T ROWE PRICE GROUP INC (TROW) | | None | | | Sold | 01/24/20 | J | C | |
| 413. TEXAS INSTRUMENTS INC (TXN) | | None | | | Sold | 01/24/20 | J | D | |
| 414. TOTAL S.A. SPONS ADR (TOT) | A | Dividend | | | Sold | 02/04/20 | J | | |
| 415. TC ENERGY CORP (TRP) | A | Dividend | | | Sold | 02/27/20 | J | C | |
| 416. US BANCORP NEW (USB) | A | Dividend | J | T | | | | | |
| 417. VALERO ENERGY CORP NEW (VLO) | A | Dividend | | | Sold | 02/27/20 | J | | |
| 418. VERIZON COMMUNICATIONS COM (VZ) | A | Dividend | J | T | | | | | |
| 419. WELLS FARGO & CO NEW (WFC) | A | Dividend | J | T | | | | | |
| 420. AMERICAN FUNDS BD CL F2 (TEAFX) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 421. BLACKROCK MULTI STATE MUNICIPAL BD (MAPYX) | B | Dividend | L | T | | | | | |
| 422. BLACKROCK MUN BD FD INSTL CL (MANLX) | B | Dividend | L | T | | | | | |
| 423. DIAMOND HILL LONG-SHORT FD CL I (DHLSX) | A | Dividend | L | T | Sold (part) | 01/31/20 | J | C | |
| 424. EATON VANCE FUNDS SHORT DUR MUNI OPPTYS CL I (EMAIX) | A | Dividend | L | T | Buy | 02/10/20 | L | | |
| 425. FRANKLIN GLOBAL TR INTL GROWTH FD AD CL (FNGZX) | B | Dividend | L | T | | | | | |
| 426. GOLDMAN SACHS H/Y MUNI FD I (GHYIX) | B | Dividend | L | T | Buy | 02/06/20 | L | | |
| 427. MFS INT DIVERS FD CL I (MDIJX) | B | Dividend | L | T | | | | | |
| 428. WELLS FARGO FUNDS HIGH YIELD MUNICIP BD INSTL CL (WHYIX) | B | Dividend | L | T | | | | | |
| 429. VANGUARD PA TAX FREE FD L-T T-E ADM (VPALX) | B | Dividend | L | T | Buy | 02/03/20 | K | | |
| 430. WELLS FARGO STRATEGIC MUNICIPAL BD INST CLASS (STRIX) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Account #1 is a TALCOTT RESOLUTION VARIABLE ANNUITY, formerly Hartford Life Ins. Co. Individual Variable Annuity. Underlying assets are listed in Part VII.

Account #2 is a JOHN HANCOCK LIFE INS CO VARIABLE ANNUITY. The underlying asset is listed in Part VII.

Accounts #3 and #4 are PACIFIC LIFE VALUES VARIABLE ANNUITIES. Underlying assets are listed in Part VII.

Account #5 is a HARTFORD LEADERS LIFE INS VARIABLE ANNUITY. Underlying assets are listed in Part VII.

Account #6 is a LINCOLN NATL LIFE INS VARIABLE ANNUITY. The underlying asset is listed in Part VII.

RAYTHEON TECHNOLOGIES (RTX) was UNITED TECHNOLOGIES CORP (UTX).

TRANE TECHNOLOGIES (TT) was INGERSOLL RAND (PLC).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Agresti**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544